**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 539 EAL 2017

               Respondent            :

                                        :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court

               v.                       :

                                        :

LIONEL B. BULLOCK,                      :

                                        :

                  Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 30th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.